IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVION MAGNUS DIXON,**

    **Petitioner,**

**v.**                                              Case No. 4:24-cv-509-AW-HTC

**JOHN POLISKNOWSKI,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Davion Magnus Dixon has not complied with a court order, and he has not objected to the magistrate judge's recommendation to dismiss on that basis. ECF No. 5. It appears he has abandoned his case. I now adopt the report and recommendation (ECF No. 5) and incorporate it into this order. The clerk will enter a judgment that says, "The petition is dismissed without prejudice for failure to comply with a court order and failure to prosecute." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on March 27, 2025.

                                              s/ *Allen Winsor*
                                              United States District Judge